FILED:  December 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1929 (L)
(3:20-cv-00044-NKM-JCH)

_____

LORI FITZGERALD; AARON FITZGERALD; KEVIN WILLIAMS; JADE
SINGLETON; ANGELA MAVILLE, Individually and on behalf of others
similarly situated

       Plaintiffs - Appellees

v.

SKYTRAIL SERVICING GROUP, LLC; WILLIAM CHENEY PRUETT

       Defendants - Appellants

 and

JOSEPH WILDCAT, SR.; NICOLE CHAPMAN-REYNOLDS; JESSI PHILLIPS
LORENZO; JOHN JOHNSON; GEORGE THOMPSON; JAMIE ANN ALLEN;
JEFFREY BAUMAN, SR.; LOUIS ST. GERMAINE; ERIC CHAPMAN, SR.;
RACQUEL BELL; GLORIA COBB; WILLIAM GRAVEEN; SARAH
PYAWASIT; WILLIAM STONE, SR.

       Defendants

_____

O R D E R

_____

     The court grants the motion to withdraw from further representation on

appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk